UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 17-4637 DSF<br>CR 03-1144 | Date | 11/29/17 |
|---|---|---|---|
| Title | Angel Osuna Rios v. United States of America | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion Pursuant to 28 U.S.C. § 2255

    Petitioner's § 2255 motion is DENIED for several reasons. Petitioner does not dispute that his motion falls well outside the one-year time limit for filing § 2255 motions if the time is calculated from when his criminal judgment became final on appeal. He argues that time should instead be calculated from the Supreme Court's decision in <u>Mathis v. United States</u>, 136 S.Ct. 2243 (2016). There are a number of problems with this. First, Petitioner's arguments have nothing to do with the issue decided in <u>Mathis</u>. Instead, they are based on a general application of the modified categorical approach. Therefore, the <u>Mathis</u> decision cannot provide "the date on which the right asserted was initially recognized by the Supreme Court." 28 U.S.C. § 2255(f)(3). In addition, <u>Mathis</u> does not enunciate any new right; it merely expands on the application of the well-established categorical approach. Finally, Petitioner's motion appears to have little merit. His mandatory minimum appears to have arisen from an application of 21 U.S.C. § 841(b)(1)(A), not 18 U.S.C. § 924.[1] He also received a sentence higher than the 20-year mandatory minimum – 262 months – so it is difficult to see how he was prejudiced even if an error had be made regarding the mandatory minimum.

    IT IS SO ORDERED.

---

[1] Petitioner admitted to having possessed with an intent to distribute at least 23 kilograms of cocaine and to having a prior conviction for a felony drug offense.